**Electronically Filed
Supreme Court
SCWC-13-0001432
22-NOV-2016
09:22 AM**

SCWC-13-0001432

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MICHAEL C. GREENSPON, Petitioner/Plaintiff/Counterclaim Defendant-Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-H UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006, Respondent/Defendant/Counterclaim Plaintiff-Appellee,

and

INDYMAC FEDERAL BANK, F.S.B.; ONEWEST BANK, F.S.B.; CAL-WESTERN RECONVEYANCE CORPORATION, Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001432; CIVIL NO. 11-1-0194)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff/Counterclaim Defendant-Appellant

Michael C. Greenspon's Application for Writ of Certiorari, filed

October 11, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, November 22, 2016.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson

